STATE OF CONNECTICUT *v.* KEVIN D. FISHER

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 412 (AC 23090), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Alice Osedach,* assistant public defender, in support of the petition.

*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided June 2, 2004

STATE OF CONNECTICUT *v.* DANIEL JARRETT

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 489 (AC 23506), is denied.

*Raymond L. Durelli,* special public defender, in support of the petition.

*Proloy K. Das,* deputy assistant state's attorney, in opposition.

Decided June 2, 2004

CRABTREE REALTY COMPANY *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WESTPORT

CRABTREE REALTY COMPANY *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WESTPORT

The plaintiff's petition for certification for appeal from the Appellate Court, 82 Conn. App. 559 (AC 23709), is denied.